UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) | |
|                                                         ) | CASE NO. MJ 13-91 |
|         Plaintiff,                                  ) | (WDMO Case No. 10-00306-W-ODS) |
|                                                         ) | |
|         v.                                            ) | |
|                                                         ) | DETENTION ORDER |
| KOMITAS GRIGORYAN,              ) | |
|                                                         ) | |
|         Defendant.                              ) | |
|                                                         ) | |

<u>Offense charged</u>:     Conspiracy to Defraud the United States; Access Device Fraud; Aggravated Identity Theft

<u>Date of Detention Hearing</u>:    February 19, 2013.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

/ / /

DETENTION ORDER
PAGE -1

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. Defendant was arrested in this District pursuant to an arrest warrant issued from the Western District of Missouri, Case No. 10-00306-01-W-ODS. He has been indicted in that District on charges of Conspiracy, Access Device Fraud, and Aggravated Identity Theft.

2. Defendant has waived an identity hearing and does not contest detention at this time. He may present the issue of detention when he appears in the charging District.

3. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Pretrial Services Officer.

DETENTION ORDER
PAGE -2

01        DATED this 19th day of February, 2013.

02

03                                          _____
                                             Mary Alice Theiler
04                                           United States Magistrate Judge

05

06

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

DETENTION ORDER
PAGE -3